# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| United Financial Casualty Company, | ) | C.A. No. 4:08-4014-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Cephus Lewis, Jerome Durant, Ernie Cokley, and | ) | |
| Cynthia Rucker, as Personal Representative of the | ) | |
| Estate of Dante Williams, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that the plaintiff United Financial Casualty Company's motion for default judgment be denied as premature. The Report was filed on August 13, 2009. No objections have been filed.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED**  that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 38), and plaintiff United Financial Casualty Company's motion for default judgment is **DENIED** as premature.  (Doc. # 17).

**IT IS SO ORDERED.**

       s/ Terry L. Wooten

**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

September 18, 2009
Florence, South Carolina